Date: March 9, 2012       Judge: Thomas Rawles Jones, Jr.
                                             Reporter: FTR

Start: 10:22
Finish: 10:33

Civil Action Number: 1:12cv166

Malibu Media, LLC

vs.

John Does 1-8

Appearances of Counsel for (X) Pltf ( ) Deft
(X) Matter is uncontested

Motion to/for:
Pltf's Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(X) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
( ) Order to Follow